# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOHNNY RAY CALVIN                                                                                          PLAINTIFF

V.                                    NO: 4:17CV00209 BSM/PSH

JAMES LINKER, *et al.*                                                                                   DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to Chief United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff Johnny Ray Calvin, Jr. filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on April 4, 2017 (Doc. No. 2). On May 5, 2017, Calvin filed a change of address notice indicating that he had been released from custody. *See* Doc. No. 7. On May 8, 2017, the Court entered a text order directing Calvin to submit the remainder of the $350.00 filing fee or file a fully completed and signed IFP application reflecting his free-world financial status within 30 days. *See* Doc. No. 8. Calvin was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his case.

More than 30 days have passed, and Calvin has not complied or otherwise responded to the May 8 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Calvin's complaint (Doc. No. 2) be DISMISSED WITHOUT PREJUDICE.

DATED this 20th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE