IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOHNNY RAY CALVIN, JR.**                                                     **PLAINTIFF**

**v.**                       **CASE NO. 4:17CV00209 BSM**

**JAMES LINKER, et al.**                                                       **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Patricia S. Harris [Doc. No. 15] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, plaintiff Johnny Calvin's complaint [Doc. No. 2] is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond as ordered [Doc. No. 8].

IT IS SO ORDERED this 7th day of July 2017.

                                                                                 _____
                                                                            UNITED STATES DISTRICT JUDGE